## Case No. 4,059.

### DRAKE et al. v. CLEVELAND.

[3 Cranch, C. C. 3.][1]

Circuit Court, District of Columbia. Dec., 1826.

#### ATTACHMENT OATH—PARTNERS.

The oath to obtain an attachment under the act of Maryland, 1795, c. 56, may be made by one of the copartners, and need not state that he is the acting partner, nor that the other partners were absent.

Attachment under the Maryland act of 1795, c. 56.

THE COURT (MORSELL, Circuit Judge, contra) was of opinion that the oath made by one of the plaintiffs, who were copartners in merchandise, in the form required by the act, was sufficient to ground the warrant upon, although he did not state in his oath that he was the acting partner, nor that the other partners were absent.